UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL KRIPKE, on behalf of himself and the general public,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>U.S. FOOD & DRUG ADMINISTRATION; et al.,<br><br>        Defendants - Appellees. | No. 17-55146<br><br>D.C. No. 3:16-cv-01214-H-BLM<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

    The court will initiate a further conference by telephone on July 10, 2017, at 11:00 a.m. **Pacific Time.**

    The briefing schedule previously set by the court is vacated.

                                                         FOR THE COURT:

                                                         Claudia Bernard
bs/mediation                                                   Chief Circuit Mediator